# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:18-pro-00106 SAB |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| CELESTE E. FRIESEN, ) | |
| Defendant. ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 C.F.R. Section 2.35(b)(2)

**Sentence Date:** November 16, 2018

**Review Hearing Date:** September 19, 2019, 10:00 am

**Probation Expires On:** November 15, 2019

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $610.00 which Total Amount is made up of a Fine: $ 600.00 Special Assessment: $ 10.00   Processing Fee: $ Choose an item. Restitution: $

☒ Payment schedule of $ 60.00 per month by the 15^th of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Must attend weekly Narcotics Anonymous meetings for a 8 month period

### *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
  ☐ If not paid in full when was last time payment:   Date: Click here to enter a date.
                                                       Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

<u>*GOVERNMENT POSITION:*</u>

☒     The Government agrees to the above-described compliance.

☐     The Government disagrees with the following area(s) of compliance:

Government Attorney:  Michael Tierney, Esq.

<u>*DEFENDANT'S REQUEST (OPTIONAL):*</u>

In light of the information detailed in this status report, the defendant moves for the following:

☒     that the review hearing set for 9/19/2019 at 10:00 am Choose an item.

  ☐     be continued to Click here to enter a date. at 10:00 a.m.; or

  ☒     be vacated.

☐     that Defendant's appearance for the review hearing be waived.

DATED:  August 15, 2019            \_Karen L. Lynch_____
                                   DEFENDANT'S COUNSEL

# **O R D E R**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒     GRANTED.  The Court orders that the Review Hearing be vacated.

☐     DENIED.

IT IS SO ORDERED.

Dated:   **August 27, 2019**                    _____
                                                UNITED STATES MAGISTRATE JUDGE