# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-po-00106-SAB |
|---|---|
| Plaintiff, | ORDER DISMISSING ACTION |
| v. | |
| CELESTE M. FRIESEN, | |
| Defendant. | |

On November 15, 2018, Defendant Celeste M. Friesen received a deferred entry of judgment for one year pursuant to 18 U.S.C. § 3607(a). December 18, 2019, the parties filed a joint motion for withdrawal of the guilty plea and dismissal. The parties agree that the defendant has successfully complied with the terms of her plea agreement.

Accordingly, it is HEREBY ORDERED that, pursuant to 18 U.S.C. § 3607(a), these proceedings are DISMISSED and Defendant's term of probation is DISCHARGED. Pursuant to 18 U.S.C. § 3607(b), the United States of America shall retain a nonpublic record of this matter.

IT IS SO ORDERED.

Dated: **December 19, 2019**

UNITED STATES MAGISTRATE JUDGE

1